AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

Christopher Sojka, Jr., )
*Plaintiff* )
v. ) Civil Action No. 10 C 1607
Bovis Lend Lease, Inc. )
*Defendant* )

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Bovis Lend Lease, Inc. recover costs from the plaintiff *(name)* Christopher Sojka, Jr.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion for summary judgment..

Date: May 27, 2011

Michael W. Dobbins, Clerk of Court

/S/ Alberta Rone, Deputy Clerk